1  AARON D. FORD
     Attorney General
2  ANDREW C. NELSON, Bar No. 15971
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1227
5  E-mail:  acnelson@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 ALEX JEROME WELSH,                    Case No.  3:23-cv-00359-MMD-CSD

12              Plaintiff,                    **ORDER GRANTING**
                                         **STIPULATION AND ORDER FOR**
13 vs.                                            **DISMISSAL**

14 CHADWICK UNDIS,

15              Defendants.

16

17      Plaintiff, Alex Jerome Welsh, *pro se*, and Defendant Chadwick Undis, by and

18 through counsel Aaron D. Ford, Attorney General, and Andrew C. Nelson, Senior Deputy

19 Attorney General, hereby

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Page 1

1 | stipulate and agree that this matter be dismissed with prejudice by Order of this Court,
2 | each party to bear their own attorney's fees and costs.

DATED this 17 of May 2024.         DATED this 20th of June 2024.

                                    AARON D. FORD
                                    Attorney General

By: *Alex Jerome Welsh*            By: /s/Andrew C. Nelson
Alex Jerome Welsh, #1138892         Andrew C. Nelson (Bar No. 15971)
Plaintiff, pro se                   Senior Deputy Attorney General

                                    *Attorneys for Defendant*
                                    *Chadwick Undis*

IT IS SO ORDERED.

DATED this 21st day of June, 2024.

_____
CHIEF U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 20, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Alex Jerome Welsh, #1198863
Ely State Prison
P. O. Box 1989
Ely, NV 89301

_____
An employee of the
Office of the Nevada Attorney General